UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CSC SERVICEWORKS, INC., a Delaware corporation, fka COINMACH CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF SACRAMENTO, A PUBLIC BODY, CORPORATE AND POLITIC,<br><br>    Defendants. | NO. 2:18-cv-1841 WBS CKD<br><br><br><br>ORDER RELATING CASES |
| HOUSING AUTHORITY OF THE CITY OF SACRAMENTO, A PUBLIC BODY, CORPORATE AND POLITIC, and HOUSING AUTHORITY OF THE COUNTY OF SACRAMENTO, A PUBLIC BODY, CORPORATE AND POLITIC,<br><br>    Plaintiffs,<br><br>    v. | NO. 2:18-cv-1846 JAM AC |

1

| | |
|---|---|
| 1 | CSC SERVICEWORKS, INC., a Delaware corporation fka |
| 2 | COINMACH CORPORATION; and DOES 1 through 20, inclusive, |
| 3 | |
| 4 | Defendants, |
| 5 | |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both actions involve the same parties and are based on similar claims. Both actions also involve the same property, transaction and event because both actions involve the interpretation of a term of the same lease. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated CSC Serviceworks, Inc. v. Housing Authority of the City of Sacramento, No. 2:18-cv-1841 WBS CKD, and Housing Authority of the City of Sacramento v. CSC Serviceworks, Inc., No. 2:18-cv-1846 JAM AC, be, and the same hereby are, deemed related. The

2

case denominated <u>Housing Authority of the City of Sacramento v. CSC Serviceworks, Inc.</u>, No. 2:18-cv-1846 JAM AC, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>Housing Authority of the City of Sacramento v. CSC Serviceworks, Inc.</u>, No. 2:18-cv-1846 WBS CKD.

    IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: July 2, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE